UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVANTE D. JONES,

                            Plaintiff,

            -against-

JOHN DOE 1, CORRECTION DOCTOR;
JOHN DOE 2, CORRECTION DOCTOR;
JOHN DOE 3, CORRECTION DOCTOR;
JOHN DOE 4, CORRECTION DOCTOR;,
JOHN DOE 5, CORRECTION DOCTOR;,
JOHN DOE 6, CORRECTION DOCTOR,

                            Defendants.

26-CV-1114 (AS)

VALENTIN ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff brings this *pro se* action under 42 U.S.C. § 1983, alleging that correctional physicians on Rikers Island violated his constitutional rights. The Court liberally construes the complaint as also asserting medical malpractice claims under New York law. Plaintiff sues six John Doe defendants, all of whom appear to be employees of NYC Health + Hospitals/ Correctional Health Services (CHS) on Rikers Island. By order dated February 24, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

## DISCUSSION

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit CHS to identify John Doe 1-6:

1. *John Doe 1*: On or around October 14, 2021, while Plaintiff was confined in the George R. Vierno Center (GRVC), Plaintiff reportedly informed Dr. Doe 1 about pain and flesh-like discharges when he defecated. Dr. Doe 1 allegedly diagnosed

Plaintiff with hemorrhoids and prescribed him ibuprofen, which "caused the production of more blood." (ECF No. 1, at 7.)

2. *John Doe 2*: On or around December 13, 2021, while Plaintiff was confined in the Robert N. Davoren Center (RNDC), Plaintiff reportedly told Dr. Doe 2 about the prior diagnosis of hemorrhoids, as well as the blood and pain when defecating. Dr. Doe 2 ordered a stool sample, the results of which were "positive, confirming Jones' claim of blood and pain," and prescribed ibuprofen (*Id*. at 7-8.)

3. *John Doe 3*: In January and February 2022, at GRVC, Plaintiff informed Dr. Doe 3 of his pain, blood loss, and other symptoms. Dr. Doe 3 prescribed ibuprofen. (*Id*.)

4. *John Doe 4*: From March to May 2022, while Plaintiff was confined at the Anna M. Kross Center (AMKC), Plaintiff told Dr. Doe 4 about his pain, blood loss, and other symptoms, and Dr. Doe 4 responded by prescribing ibuprofen. (*Id*. at 9.)

5. *John Doe 5*: From June 2022 to September 2023, at GRVC, Plaintiff "continuously complained" to Dr. Doe 5 about the pain and blood in his stool, and Dr. Doe 5 prescribed ibuprofen. (*Id*.)

6. *John Doe 6*: From September to December 2023, while Plaintiff was confined in RNDC, Plaintiff made similar complaints to Dr. Doe 6, who similarly provided ibuprofen.

It is therefore ordered that the New York City Law Department, which is the attorney for and agent of CHS, must ascertain the identity of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served. The New York City Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

2

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the newly identified John Doe defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York City Law Department at 100 Church Street, New York, NY 10007.

An "Amended Complaint" form is attached to this order.

SO ORDERED.

Dated:   February 25, 2026
         New York, New York

Arun Subramanian
United States District Judge

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Write the full name of each plaintiff.

against

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

\_\_\_\_\_CV_____
(Include case number if one has been
assigned)

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name                Middle Initial            Last Name

_____

Street Address

_____

County, City                          State                    Zip Code

_____

Telephone Number                      Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 2:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 3:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 4: 

First Name                                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                              State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 

Date(s) of occurrence: 

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Page 5

---

---

---

---

---

---

---

---

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

---

---

---

---

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

---

---

---

---

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |
| First Name          Middle Initial | Last Name |
| Street Address | |
| County, City | State          Zip Code |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.