UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Javante D. Jones,<br><br>                    Plaintiff,<br><br>          -against-<br><br> John Doe 1 et al.,<br><br>                    Defendants. | 26-CV-1114 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court *sua sponte* adds Christopher Larosa, Gerard Auguste, Lionel Desroches, Nana Asare, Larry Blackmore, Darrell Oberlin, Abdul Akhand, and Scott Parks as defendants. Fed. R. Civ. P. 21.

Counsel for defendants is directed within 14 days to submit (1) waivers of service for the added defendants; (2) a letter specifying that counsel will be willing to accept service on behalf of the added defendants; or (3) a letter specifying that counsel will not accept or waive service on behalf of the added defendants, but providing their addresses for service by the U.S. Marshal Service. Should counsel for defendants only be able to accept or waive service on behalf of some of the added defendants, counsel should provide addresses for the remaining defendants.

The Clerk of Court is respectfully directed to update the docket to reflect the added defendants.

SO ORDERED.

Dated: April 27, 2026
          New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge