UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Javante D. Jones,

                              Plaintiff,

                    -against-                                    26-CV-1114 (AS)

John Doe 1 et al.,                                              ORDER

                              Defendants.

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff's motion to compel is DENIED WITHOUT PREJUDICE. While the 311 call records that plaintiff is seeking may be discoverable, plaintiff's motion is premature. Many of the defendants have yet be served; the Court has requested service by the U.S. Marshal's Service on plaintiff's behalf. Once defendants are served and have an opportunity to respond to plaintiff's complaint, plaintiff can request that defendants turn over the records.

    Plaintiff's motion for the appointment of counsel is also DENIED WITHOUT PREJUDICE. Before the Court can appoint counsel, the Court must determine "whether the [plaintiff's] position seems likely to be of substance." *Hodge v. Police Officers*, 802 F.2d 58, 61 (2d Cir. 1986). If defendants do not move to dismiss plaintiff's complaint, or if they do move to dismiss and the Court denies the motion in whole or in part, the Court will entertain a motion for the appointment of counsel at that time. But it is too early for the Court at this point to determine whether the appointment of counsel is warranted.

    The Clerk of Court is respectfully directed to terminate the motions at Dkts. 21, 22, and 23.

    SO ORDERED.

Dated: June 16, 2026
       New York, New York

                                            _____
                                            ARUN SUBRAMANIAN
                                            United States District Judge