UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Javante D. Jones,

Plaintiff,

-against-

John Doe 1 et al.,

Defendants.

26-CV-1114 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of defendants' motion to dismiss. Dkt. 37. The Court warns that plaintiff is responsible for filing a response by October 21, 2026 (or a request for an extension of time to file a response), otherwise the Court will evaluate the motion without any response. Defendants should serve plaintiff with this Order by email.

SO ORDERED.

Dated: October 8, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge