UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAVANTE D. JONES, :

: ORDER
Plaintiffs, 26 Civ. 1114 (AS) (GWG)
:
-v.-
:
JOHN DOE 1 et. Al,
:
Defendants. :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The complaint in this case originally named six "John Doe" defendants. (Docket # 1). By Order dated April 27, 2026 (Docket # 15), Judge Submaranian added the following parties as defendants: Christopher Larosa, Gerard Auguste, Lionel Desroches, Nana Asare, Larry Blackmore, Darrell Oberlin, Abdul Akhand, and Scott Parks. These defendants are thus deemed to have been added to the caption of the complaint and are hereafter referred to as the "named defendants."[1]

Attorney Alejandra Rose Gil has filed a letter in which she states she represents "all defendants" — apparently also including the named defendants (Docket # 30); but as far as the Court is aware she has never filed a notice of appearance for the named defendants. Nonetheless, it appears that a number (if not all) of the named defendants were served and their responses to the complaint were due on or before September 30, 2026. (See Docket ## 20, 26, 28, 29, 31, 32-35).

On September 30, 2026, Ms. Gil filed a motion to dismiss. (See Docket ## 36-40). While the memorandum of law in support of the motion notes the addition of the named defendants and seemingly states that the motion is being filed on behalf of those defendants, (Docket # 39 at 1-2), the notice of motion (Docket # 37) lists only the six John Doe's and makes no mention of the motion being filed on behalf of the eight named defendants. Thus, the record is not clear that the named defendants have responded to the complaint.

[1] Judge Submaranian's issuance of the April 27, 2026, Order (Docket # 15), suggests that he has excused plaintiff from filing an Amended Complaint as had been directed in his Order on February 25, 2026 (Docket # 7).

Accordingly, Ms. Gil is directed to file a letter on or before October 15, 2026, indicating whether the notice of motion should be deemed amended to add the named defendants. Additionally, as to any named defendants she is representing, counsel should file a notice of appearance by the same date.

On a separate point, Judge Submaranian has already issued an order requiring plaintiff to file opposition to the motion to dismiss on or before October 21, 2026. See Order, dated October 8, 2026 (Docket # 42). Any reply by defendants shall be filed within 14 days of the filing of plaintiff's opposition.

SO ORDERED.

Dated: October 9, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge