HPM&B
ATTORNEYS AT LAW

81 MAIN STREET WHITE PLAINS, NY 10601-1711
TEL: 914-559-3100 FAX: 914-949-1160
WWW.HPMB.COM

**Alejandra R. Gil**
**Partner**
**agil@hpmb.com**

MEMORANDUM ENDORSED

October 14, 2026

**<u>VIA ECF</u>**
Hon. Gabriel W. Gorenstein, Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007-1312

Re: Javante D. Jones v. John Doe 1, Correction Doctor, et al.
Docket No.: 26-cv-01114-AS

Dear Judge Gorenstein:

Our firm represents the interests of the defendants in this matter. Pursuant to Your Honor's Order dated October 8, 2026, we respectfully request that the Notice of Motion filed on September 30, 2026, be deemed amended to add the following named defendants: PA Nana Asare; PA Larry Blackmore; PA Scott Parks; Abdul Akhand, MD; PA Christopher Larosa; PA Gerard Auguste; Lionel Desroches, MD; and, Darrell Oberlin, MD. We will be filing a Notice of Appearance on behalf of these named defendants.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

ARG/jc

Alejandra R. Gil (AG 0618)

cc: **<u>VIA CERTIFIED MAIL</u>**
**Javante D. Jones**
*Pro-se* Plaintiff
195 Harvard Street
Hempstead, New York 11550

Granted. The Notice of Motion (filed twice as Docket # 36 and 37) is deemed amended to indicate that the motion is brought on behalf defendants PA Nana Asare; PA Larry Blackmore; PA Scott Parks; Abdul Akhand, MD; PA Christopher Larosa; PA Gerard Auguste; Lionel Desroches, MD; and Darrell Oberlin, MD.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

October 14, 2026