UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JAVANTE D. JONES, :

: ORDER

Plaintiffs, 26 Civ. 1114 (AS) (GWG)

:

-v.-

:

JOHN DOE 1 et. Al,

:

Defendants. :

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The plaintiff has filed a memorandum in opposition to the defendant's motion to dismiss dated October 14, 2026 (Docket # 49) . This memorandum contains numerous factual allegations that are not contained in the original complaint and are thus improper because new factual allegations in a memorandum of law are normally not considered on a motion to dismiss.

Because the memorandum of law contains new factual allegations, the Court construes it as an application to file an amended complaint. And because the filing of an amended complaint in this situation as permitted by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, the application is granted.

Plaintiff shall file an amended complaint on or before November 10, 2026. This amended complaint will completely supersede the original complaint and once it is filed, the Court will no longer consider any statements in the original complaint.

Plaintiff is further advised that any amended complaint must contain only the factual allegations that form the basis of his claim for relief. Thus, unlike the memorandum of law plaintiff filed, the amended complaint must not contain any argument or other non-factual material. A form for an Amended Complaint is attached. Plaintiff is not required to use this form if he does not wish to do so.

Plaintiff is warned that if he fails to file an amended complaint, the Court will consider only the factual allegations contained in the original complaint to decide defendants' motion to dismiss and will not consider any factual allegations in his memorandum of law.

The defendants' motion to dismiss (Docket ## 36, 37) is deemed withdrawn. Defendants shall respond to the amended complaint within 21 days of its filing. The Court's pre-motion conference requirement is waived.

The Court notes that information about proceeding pro se generally is available on the Court's website at: https://www.nysd.uscourts.gov/prose

Additionally, the Pro Se Intake Unit at the United States Courthouse, 500 Pearl Street, Room 205, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Further, plaintiff may wish to seek free legal assistance from the Courthouse's Legal Assistance clinic by accessing the request-for-help form at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or by calling (212) 382-4794

SO ORDERED.

Dated: October 20, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

________________________________________

________________________________________

Write the full name of each plaintiff.

-against-

________________________________________

________________________________________

________________________________________

________________________________________

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_______________

(Include case number if one has been assigned)

**AMENDED**
**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: ______________________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

______________________________

First Name Middle Initial Last Name

______________________________

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

______________________________

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

______________________________

Current Place of Detention

______________________________

Institutional Address

______________________________

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______________________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 2:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 3:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 4:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: ______________________________

Date(s) of occurrence: ______________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

________________________ ________________________________
Dated Plaintiff's Signature

First Name Middle Initial Last Name

Prison Address

County, City State Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: ______________